IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW RAYMOND SCHROEDER,<br><br>Defendant. | CR 22–150–BLG–DLC<br><br><br><br>ORDER |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on July 6, 2023. (Doc. 73.) Neither party objected and therefore they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommends that this Court accept Defendant Matthew Raymond Schroeder's guilty plea after Schroeder appeared before him pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and entered a guilty plea to

1

the Superseding Information, which charges Schroeder with possession with intent to distribute methamphetamine, in violation of 18 U.S.C. § 841(a)(1). Reviewing for clear error, the Court finds none.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendation (Doc. 73) is ADOPTED in full.

IT IS FURTHER ORDERED that Schroeder's motion to change plea (Doc. 58) is GRANTED and Schroeder is adjudged guilty as charged in the Superseding Information.

DATED this 24th day of July, 2023.

_____
Dana L. Christensen, District Judge
United States District Court